DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUSTIN J. TOMLINSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3678

[March 19, 2026]

Appeal of order denying rule 3.800 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 061988CF011635A88810.

Austin Tomlinson, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***